UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | BERNARD LEBLANC |
| **Case Number:** | 08-01077-PB13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 16, 2008 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

## Matter:

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS

## Appearances:

Thomas H. Billingslea, Jr., Trustee
Kerry Denton, Attorney for Bernard LeBlanc

## Disposition:

Continued to 5/14/08 at 10:00 a.m., Dept. #1, to bring payments current.  Modified plan to be filed & served by 4/18/08.  Other concerns:  1) was wife's case filed in good faith, & 2) debtor's ability to make mortgage payments.