# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | BERNARD LEBLANC |
| **Case Number:** | 08-01077-PB13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 20, 2008 10:00 AM    DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

## Matter:

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS (fr. 4/16/08)

## Appearances:

Thomas H. Billingslea, Jr. Trustee
Kerry Denton, ATTORNEY FOR Bernard LeBlanc

## Disposition:

Objections sustained, Case Dismissed, fees of $3,300 allowed.